IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 APR 18 PM 3: 30

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JAMES BROWDER,

    Plaintiff,

vs.     No. 00-3070 D/V

SHELBY COUNTY GOVERNMENT,
et al,
    Defendants.

## CONSENT ORDER DISMISSING WITH PREJUDICE DEFENDANT ISRAEL AND DISMISSING HOPKINS IN HIS INDIVIDUAL CAPACITY

It appearing to the Court by consent of the parties, the Plaintiff has agreed to dismiss with prejudice the Defendant Jacqueline Israel and to dismiss Defendant Marron Hopkins in his individual capacity only. The remainder of the lawsuit remains as is.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED, that by consent the lawsuit against Defendant Israel is dismissed with prejudice and Defendant Hopkins is dismissed in his individual capacity only.

_____
Judge Bernice B. Donald
Date: April 15, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-19-05

APPROVED:

_____  
Randall Tolley, Attorney for Plaintiff

_____  
Steffen Schreiner, Attorney for Plaintiff

_____  
Eugene C. Gaerig, Attorney for Defendants

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:00-CV-03070 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Brian L. Kuhn
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Randall Blake Tolley
LAW OFFICE OF RANDALL B. TOLLEY
242 Poplar Ave.
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT