IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -2 AM 6: 37

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JAMES BROWDER,

    Plaintiff,

vs.                                            No. 00-3070 D/V

SHELBY COUNTY GOVERNMENT,
et al,

    Defendants.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court by consent of the parties that the parties have compromised and settled and, therefore, this lawsuit is dismissed with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED, that this lawsuit is dismissed.

_____
Judge Bernice B. Donald
Date: June 1, 2005

APPROVED:

_____
Randall Tolley, Attorney for Plaintiff   by ECH w/permission 6-1-05

_____
Steffen Schreiner, Attorney for Plaintiff   by ECH w/permission 6-1-05

_____
Eugene C. Gaerig, Attorney for Defendants

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 6-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:00-CV-03070 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Randall Blake Tolley
LAW OFFICE OF RANDALL B. TOLLEY
242 Poplar Ave.
Memphis, TN 38103

Brian L. Kuhn
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT