UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY _____ D.C.
05 JUN -6  PM 1:30
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JAMES BROWDER

v.

SHELBY COUNTY GOVERNMENT, et al.

JUDGMENT IN A CIVIL CASE

CASE NO: 00-3070 ~~05-2090~~-D

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Order of Dismissal With Prejudice entered on June 2, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_June 6, 2005_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

Date

ROBERT R. DI TROLIO
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _6-7-05_





# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:00-CV-03070 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Randall Blake Tolley
LAW OFFICE OF RANDALL B. TOLLEY
242 Poplar Ave.
Memphis, TN 38103

Brian L. Kuhn
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT